TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
martin.mayer@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMUNDO HERNANDEZ VARGAS,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-02779-GMN-NJK<br><br>**Unopposed Motion for Extension of Time to File Notice Regarding Class Membership and Detention Authority, File Answers to Interrogatories and Produce Documents to Petitioner's Counsel, Pursuant to Court's Order, ECF No. 3**<br>**(First Request)** |

Federal Respondents, through undersigned counsel, move this Court for a three-day extension of time, from September 14, 2026, to and including September 17, 2026, in which to file their Notice Regarding Class Membership and Detention Authority, their Answers to Interrogatories and produce documents to Petitioner's Counsel, pursuant to the Court's Order, ECF No. 3. The Court's order was entered at 4:05 pm on Friday, September 11, 2026. Because of the intervening weekend, Federal Respondents, despite their efforts, were unable to complete the necessary notice and answers under oath in a single business day. Counsel for the Petitioner does not oppose this request for an extension of time.

This is Federal Respondents' first request for an extension of time in this matter. This request is made in good faith and not for purposes of undue delay.

///

///

///

WHEREFORE, Federal Respondents respectfully request that the Court grant this Unopposed Motion for Extension of Time and extend the deadline for Federal Respondents to file their Notice Regarding Class Membership and Detention Authority, their Answers to Interrogatories and produce documents to Petitioner's Counsel, through and including September 17, 2026.

Respectfully submitted this 14th day of September 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney
*Attorneys for the Federal Respondents*

**IT IS SO ORDERED:**

Gloria M. Navarro, District Judge
United States District Court